

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2018

No. 04-18-00123-CV

**ONE HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED AND 00/100**
($171,100.00) in U.S. Currency and One (1) 2012 Volkswagon Jetta, VIN
#3VWDP7AJCM333910,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-02-54230
Honorable Terry A. Canales, Judge Presiding

# O R D E R

The clerk's record is due to be filed with this court on March 30, 2018. *See* TEX. R. APP. P. 35.1. On March 14, 2018, the Jim Wells County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court